THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON 
 IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
John R. Haaker,       
Appellant.
 
 
 

Appeal From Greenville County
C. Victor Pyle, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-152
Submitted January 28, 2004  Filed March 2, 2004 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler , Office 
 of Appellate Defense, of Columbia, for Appellant,
Legal Counsel Tommy Evans, Jr., Legal Counsel J. Benjamin 
 Aplin, Deputy Director for Legal Services Teresa A. Knox, S.C. Dept. of Probation, 
 of Columbia, for Respondent.
 
 
 

PER CURIAM:  John R. Haaker appeals the 
 circuit courts revocation of his probation for malicious injury to property.  
 He asserts the circuit court erred in revoking his probation in part because 
 there was no evidence indicating he willfully failed to pay the fees.   Haakers 
 appellate counsel has petitioned to be relieved as counsel, stating that she 
 has reviewed the record and has concluded Haakers appeal is without merit.  
 Haaker has not filed a pro se brief.  
After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Haakers 
 appeal and grant counsels petition to be relieved. [1]     
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.  
  

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.